# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                  Case Number: 5:22–cr–00291

Bonifacio Turrubiates

## Notice of Setting

**A proceeding has been set in this case as to Bonifacio Turrubiates as set forth below.**

**BEFORE:**
**Magistrate Judge Christopher dos Santos**

**LOCATION:**
United States Courthouse
1300 Victoria Street
Laredo, TX 78040
**DATE:** 3/14/2022

**TIME:** 01:41 PM

**TYPE OF PROCEEDING:** Initial Appearance

Date:    March 11, 2022                                              Nathan Ochsner, Clerk